**JUDGE ROSANNA MALOUF PETERSON**

Andrew S. Biviano, WSBA #38086
PAUKERT & TROPPMANN, PLLC
522 W. Riverside Ave, Suite 560
Spokane, WA 99201
509-232-6670

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MICKIAS GETNET, a single person,

Plaintiff,

v.

SPOKANE COUNTY, JAMES WANG, SAMUEL TURNER, SCOTT MCKENNEY, and DOES 1-10,

Defendants.

NO. 2:19-cv-00087-RMP

AFFIDAVIT OF SERVICE FOR SCOTT MCKENNEY
AFFIDAVIT OF SERVICE FOR SCOTT MCKENNEY
No. 2:19-cv-00087• Page 1

**PAUKERT & TROPPMANN, PLLC**
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
Telephone: (509) 232-7760

# AFFIDAVIT OF SERVICE

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR THE COUNTY OF SPOKANE

Case Number: 19-201072-32

Plaintiff/Petitioner:
**MICKIAS GETNET**

vs.

Defendent/Respondent:
**SPOKANE COUNTY, JAMES WANG, SAMUEL TURNER, SCOTT MCKENNEY, AND DOES 1-10**

Service Documents:
SUMMONS AND COMPLAINT FOR DAMAGES

For:
PAUKERT & TROPPMAN, PLLC
522 W RIVERSIDE
SUITE 560
SPOKANE, WA 99201

Received by PRONTO PROCESS SERVICE, INC. to be served on **SCOTT MCKENNEY, ST ANDREWS LOOP SUITE B 2715, PASCO, WA.**

I, T REAL-SLAATHAUG, being duly sworn, depose and say that on the **12th day of March, 2019 at 6:02 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **above listed documents** to: **SCOTT MCKENNEY** at the address of: **ST ANDREWS LOOP SUITE B 2715, PASCO, WA**, and informed said person of the contents therein, in compliance with state statutes.
Affiant further states, based on the information available, the defendant (s) are not in the military service or a dependent of a service member.

## AFFIDAVIT OF SERVICE For 19-201072-32

The undersigned, being first duly sworn on oath, deposes and says; That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Service, over the age of eighteen years, not a party to or interested in the above action and competent to be a witness therein.

Subscribed and Sworn to before me on the 19th day of March, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

.......  MONTGOMERY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 27, 2020

T REAL-SLAATHAUG
2018-04

PRONTO PROCESS SERVICE, INC.
P.O. Box 1194
Pasco, WA 99301
(509) 547-1122

Our Job Serial Number: PTO-2019001944

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed and served a copy of this document using the CM/ECF filing system which will send notification of such filing to the following:

Paul L. Kirkpatrick  pkirkpatrick@ks-lawyers.com;
jhartsell@ks-lawyers.com;
lplue@ks-lawyers.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated April 5, 2019

*/s/ Andrew S. Biviano*
Andrew S. Biviano

AFFIDAVIT OF SERVICE FOR SCOTT MCKENNEY
No. 2:19-cv-00087• Page 2

**PAUKERT & TROPPMANN, PLLC**
522 W. Riverside Avenue, Suite 560
Spokane, WA 99201
Telephone: (509) 232-7760