UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MIKAIS GETNET,<br><br>    Plaintiff(s),<br><br>v.<br><br>SPOKANE COUNTY, JAMES WANG, SAMUEL TURNER, SCOTT MCKENNEY, and DOES 1-10,<br>    Defendant(s). | Case Number: 2:19-cv-00087-JTR<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. 636(c), the parties in the captioned matter waive their right to proceed before a Judge of the United States District Court and consent to have a full-time United States Magistrate Judge conduct all further proceedings, including the trial and entry of the order of judgment. The parties are aware that appeals lie directly to the United States Court of Appeals for this Circuit.

Plaintiff(s) Counsel:

ANDREW S. BIVIANO, WSBA #38086
Typed Name

*/s/ Andrew Biviano*
Signature

May 7, 2019
Date

Defendant(s) Counsel:

PAUL L. KIRKPATRICK, WSBA #16491
Typed Name

*/s/ Paul Kirkpatrick*
Signature

May 7, 2019
Date

## ORDER

  **IT IS ORDERED** that the captioned matter be referred to full-time United States Magistrate Judge __Rodgers__, who will conduct all further proceedings and enter judgment pursuant to 28 U.S.C. 636(c), under the parties' consent. The Clerk of the Court and counsel are directed to **use the Magistrate Judge initials on** future **pleadings**.

May 14, 2019
DATED

*/s/ Thomas O. Rice*
UNITED STATES DISTRICT JUDGE

rg/Revised 4-27-2015