UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2019

SEAN F. McAVOY, CLERK

MICKIAS GETNET, a single person,

Plaintiff,

v.

SPOKANE COUNTY, JAMES WANG, SAMUEL TURNER, SCOTT McKENNEY, and DOES 1-10,

Defendants.

No. 2:19-CV-0087-JTR

ORDER GRANTING STIPULATED MOTION TO DISMISS

**BEFORE THE COURT** is the parties' stipulated request for the dismissal, with prejudice and without costs, of Plaintiff's complaint against Defendants. ECF No. 17, 18.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case with prejudice, **ECF No. 17**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED with prejudice and without costs to any party**.

3. All scheduled court hearings are **STRICKEN**.

4. Pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED October 29, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1